**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JIN FU ZHONG AND TONG SHING
RESTAURANT, INC.,

        Petitioners

        v.

TSIWEN LAW, ESQUIRE, SHARON
ROSE LOPEZ, ESQUIRE, TRIQUETRA
LAW, JEAN C. WANG, ESQUIRE AND
WANG LAW OFFICE, PLLC,

        Respondents

:  No. 282 EAL 2016
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.